UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/17
```

MARLON QUIROS, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

       Plaintiff,

v.

RICARDO LLC
 d/b/a RICARDO STEAK HOUSE,
JAMES MATEUS and EDWARD MATEUS,

       Defendants.

Case No.: 17-CV-4829

**NOTICE OF DISMISSAL**
**PURSUANT TO FRCP**
**41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff MARLON QUIROS are hereby dismissed, without prejudice, in their entirety as against the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party. Upon information and belief, Plaintiff MARLON QUIROS died and the undersigned does not represent Plaintiff MARLON QUIROS's estate.

Dated: December 7, 2017
   New York, New York

          Lee Litigation Group, PLLC
          30 East 39th Street, Second Floor
          New York, NY 10016
          Phone: (212) 465-1188

          C.K. Lee, Esq. (CL 4086)

The Clerk of Court is requested to close this case.
SO ORDERED:

_____ 12/8/17
U.S.D.J